# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAS VEGAS DEVELOPMENT GROUP, INC., | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00396-RFB-GWF |
| vs. | ) | **ORDER** |
| 2014-IH BORROWER, LP, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated March 5, 2015, required the parties to file a Joint Status Report no later than April 7, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **April 24, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 15th day of April, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge