1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  KAREN WHELAN, ESQ.
   Nevada Bar No. 10466
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: karen.whelan@akerman.com

*Attorneys for Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> 2014-1 IH BORROWER, LP, a Delaware limited partnership; REPUBLIC MORTGAGE, LLC, a Nevada limited liability company; RECONTRUST COMPANY, NA, a Texas corporation; MAGDALENA MANCHESTER, an individual; MAGDALENA M. MANCHESTER REVOCABLE TRUST, a trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; 2014-1 IH EQUITY OWNER, LP, a Delaware limited partnership; CHRISTINA TRUST, a division of Wilmington Savings Fund Society, FSB, a federal savings bank; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. <br><br> and <br><br> FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association, <br>   Intervenor. | Case No.: 2:15-CV-00396-RFB-GWF <br><br> **NOTICE OF DISASSOCIATION** |

42958599;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Counter-Plaintiff, | |
| v. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC; HIDDEN CANYON OWNERS ASSOCIATION, | |
| Counter-Defendants. | |
| AND ALL RELATED CLAIMS | |

PLEASE TAKE NOTICE that Federal National Mortgage Association, hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Federal National Mortgage Association in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq., and Karen Whelan, Esq., receive all future notices.

Respectfully submitted, this 27th day of September, 2017.

**AKERMAN LLP**

/s/ *Karen Whelan*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
KAREN WHELAN, ESQ.
Nevada Bar No. 10466
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Federal National Mortgage Association*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 10/02/2017

_____
UNITED STATES MAGISTRATE JUDGE

2

42958599;1