**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>2014-1 IH BORROWER, LP, a Delaware limited partnership; REPUBLIC MORTGAGE, LLC, a Nevada limited liability company; RECONTRUST COMPANY, NA, a Texas corporation; MAGDALENA MANCHESTER, an individual; MAGDALENA M. MANCHESTER REVOCABLE TRUST, a trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-1 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH EQUITY OWNER, LP, a Delaware limited partnership; CHRISTINA TRUST, a division of Wilmington Savings Fund Society, FSB, a federal savings bank; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　　　　Defendants. | Case No.　　2:15-cv-00396-RFB-GWF<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118] (First Request)** |

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

```
and                                          )
                                             )
FEDERAL HOUSING FINANCE AGENCY,              )
as Conservator of the Federal National       )
Mortgage Assocaition,                        )
                                             )
                                 Intervenor. )
_____  )
                                             )
FEDERAL NATIONAL MORTGAGE                    )
ASSOCIATION,                                 )
                                             )
                            Counter-Plaintiff,)
                                             )
vs.                                          )
                                             )
LAS VEGAS DEVELOPMENT GROUP, LLC;            )
HIDDEN CANYON OWNERS                         )
ASSOCIATION,                                 )
                                             )
                         Counter-Defendants. )
_____  )
                                             )
AND ALL RELATED CLAIMS                       )
_____  )
```

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE
RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118]**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendants, FEDERAL NATIONAL MORTGAGE ASSOCIATION (*"Fannie Mae"*) and FEDERAL HOUSING FINANCE AGENCY (*"FHFA"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 17, 2018, Fannie Mae and FHFA filed a Motion for Summary Judgment herein [Doc. #118].

2. Pursuant to a Scheduling Order entered herein on January 9, 2018 [ECF #117], a Response to said Motion for Summary Judgment is presently due on February 14, 2018, and any Reply is due on March 7, 2018.

3. LVDG's counsel has requested an additional extension of time to prepare and file a Response to the Motion for Summary Judgment due to numerous other pending legal matters and personal obligations.

1934 Malambro

4. LVDG shall have an additional period of time until and including February 26, 2018, in which file a Response to the Motion for Summary Judgment.

5. Fannie Mae and FHFA shall have an additional period of time until and including March 21, 2018, in which to file any Replies.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____14th_____ day of February, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

AKERMAN LLP

/s/ *Darren T. Brenner*
DARREN T. BRENNER
Nevada Bar No. 8386
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Federal National Mortgage Association, Inc.*

FENNEMORE CRAIG, P.C.

/s/ *Leslie Bryan Hart, Esq.*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
300 E. Second Street, Suite 1510
Reno, Nevada 89501
lhart@fclaw.com
*Attorneys for Intervenor*
*Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association*

Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
202-942-5000
michael.johnson@apks.com
*Attorneys for Defendant*
*Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association*

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

Dated: __February 15, 2018__

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___14th___ day of February, 2018, I served via the CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118] (First Request)** to the following parties:

Darren T Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

Christine M. Parvan
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

1934 Malambro

| | |
|---|---|
| 1 | Fredrick J. Biedermann |
| | Gerrard Cox & Larsen |
| 2 | 2450 St. Rose Pkwy #200 |
| | Henderson, NV 89074 |
| 3 | 702- 796-4000 |
| | 702-796-4848 (fax) |
| 4 | *Attorney for Defendants* |
| | **2014-1 IH Property Holdco, LP; 2014-1 IH** |
| 5 | **Equity Owner, LP; 2014-IH Borrower, LP;** |
| | **Christina Trust; THR Nevada II, LP; THR** |
| 6 | **Property Borrower, LP; THR Property** |
| | **Guarantor, LP; THR Property Holdco, LP** |
| 7 | |
| | Douglas D. Gerrard |
| 8 | Gerrard, Cox & Larsen |
| | 2450 St. Rose Parkway |
| 9 | Suite 200 |
| | Henderson, NV 89074 |
| 10 | 702-796-4000 |
| | 702-796-4848 (fax) |
| 11 | dgerrard@gerrard-cox.com |
| | *Attorney for Defendants* |
| 12 | **2014-1 IH Property Holdco, LP; 2014-1 IH** |
| | **Equity Owner, LP; 2014-IH Borrower, LP;** |
| 13 | **Christina Trust; THR Nevada II, LP; THR** |
| | **Property Borrower, LP; THR Property** |
| 14 | **Guarantor, LP; THR Property Holdco, LP** |
| 15 | Leslie Bryan Hart |
| | Fennemore Craig Jones Vargas |
| 16 | 300 E. Second St. |
| | Suite 1510 |
| 17 | Reno, NV 89501- |
| | 775-788-2228 |
| 18 | 775-788-2229 (fax) |
| | lhart@fclaw.com |
| 19 | *Attorneys for Defendants* |
| | **Federal Housing Finance Agency, as** |
| 20 | **Conservator of the Federal National** |
| | **Mortgage Association** |
| 21 | |
| | Howard Cayne |
| 22 | Arnold & Porter LLP |
| | 601 Massachusetts Avenue, NW |
| 23 | Washington, DC 20001-3743 |
| | 202-942-5000 |
| 24 | Howard.Cayne@aporter.com |
| | *Attorneys for Defendants* |
| 25 | **Federal Housing Finance Agency, as** |
| | **Conservator of the Federal National** |
| 26 | **Mortgage Association** |
| 27 | |
| 28 | |

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
● 9120 W. Post Road, Suite 100 ● Las Vegas, Nevada 89148 ●
Telephone: (702) 254-7775 ● Facsimile (702) 228-7719

1934 Malambro

| | |
|---|---|
| 1 | Michael A.F. Johnson<br>Arnold & Porter LLP<br>555 12th St NW<br>Washington, DC 20004<br>202-942-5783<br>michael.johnson@aporter.com<br>*Attorneys for Defendants*<br>**Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association** |
| | Asim Varma<br>Arnold & Porter<br>555 Twelfth St, NW<br>Washington, DC 20004-1206<br>202-942-5000<br>Asim_Varma@aporter.com<br>*Attorneys for Defendants*<br>**Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association** |
| | Elizabeth B Lowell<br>Pengilly Robbins<br>1995 Village Center Cir., Ste. 190<br>Las Vegas, NV 89134-0562<br>702-889-6665<br>702-889-6664 (fax)<br>elowell@pengillylawfirm.com<br>*Attorney for Defendant*<br>**Hidden Canyon Owners Association** |
| | William Shane Habdas<br>Akerman LLP<br>1160 N. Town Center Dr., Ste. 330<br>Las Vegas, NV 89144<br>702-634-5000<br>702-380-8572 (fax)<br>william.habdas@akerman.com<br>*Attorney for Defendant*<br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.** |

       /s/ *Timothy E. Rhoda*
       An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.