ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>2014-1 IH BORROWER, LP, a Delaware limited partnership; REPUBLIC MORTGAGE, LLC, a Nevada limited liability company; RECONTRUST COMPANY, NA, a Texas corporation; MAGDALENA MANCHESTER, an individual; MAGDALENA M. MANCHESTER REVOCABLE TRUST, a trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; THR PROPERTY GUARANTOR, LP, a Delaware limited partnership; THR PROPERTY HOLDCO, LP, a Delaware limited partnership; 2014-1 IH PROPERTY HOLDCO, LP, a Delaware limited partnership, 2014-1 IH EQUITY OWNER, LP, a Delaware limited partnership; CHRISTINA TRUST, a division of Wilmington Savings Fund Society, FSB, a federal savings bank; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:15-cv-00396-RFB-GWF<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118] (Second Request)** |

| | |
|---|---|
| and | ) |
| FEDERAL HOUSING FINANCE AGENCY, | ) |
| as Conservator of the Federal National | ) |
| Mortgage Assocaition, | ) |
| | ) |
| Intervenor. | ) |
| _____ | ) |
| | ) |
| FEDERAL NATIONAL MORTGAGE | ) |
| ASSOCIATION, | ) |
| | ) |
| Counter-Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LAS VEGAS DEVELOPMENT GROUP, LLC; | ) |
| HIDDEN CANYON OWNERS | ) |
| ASSOCIATION, | ) |
| | ) |
| Counter-Defendants. | ) |
| _____ | ) |
| | ) |
| AND ALL RELATED CLAIMS | ) |
| _____ | ) |

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118]**
**(Second Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendants, FEDERAL NATIONAL MORTGAGE ASSOCIATION (*"Fannie Mae"*) and FEDERAL HOUSING FINANCE AGENCY (*"FHFA"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 17, 2018, Fannie Mae and FHFA filed a Motion for Summary Judgment herein [Doc. #118].

2. Pursuant to a Scheduling Order entered herein on January 9, 2018 [ECF #117], a Response to said Motion for Summary Judgment was due on February 14, 2018, and any Reply was due on March 7, 2018.

3. On February 14, 2018, the parties submitted a stipulation to modify the briefing schedule related to said motion. [ECF #121]. This stipulation was granted on February 15, 2018. [ECF #122]. Pursuant to said stipulation, a response to the

1934 Malambro

motion was due on February 26, 2018, and a reply is due on March 21, 2018.

4. LVDG's counsel has requested an additional extension of time to prepare and file a Response to the Motion for Summary Judgment due to numerous other pending legal matters and a family emergency.

5. The parties agreed to an extension on February 26, 2018, however, LVDG's counsel left the office due to a family emergency before it was submitted. Pursuant to the parties' agreement, they had agreed that a response should be filed by February 28, 2018.

6. LVDG's counsel was unable to return to the office until February 28, 2018, and is unable to comply with the previously agreed amended deadline.

7. LVDG shall have an additional period of time until and including March 2, 2018, in which file a Response to the Motion for Summary Judgment.

8. LVDG's counsel respectfully submits that good cause exists for the late filing of the instant stipulation under the circumstances at hand.

9. Fannie Mae and FHFA shall have an additional period of time until and including March 30, 2018, in which to file any Replies.

//
//
//
//
//
//
//
//
//
//
//
//

1934 Malambro

10. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____28th_____ day of February, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | FENNEMORE CRAIG, P.C. |
|---|---|

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
tim@croteaulaw.com
*Attorney for Plaintiff*
*Las Vegas Development Group, LLC*

AKERMAN LLP

/s/ *Darren T. Brenner*
DARREN T. BRENNER
Nevada Bar No. 8386
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
*Federal National Mortgage*
*Association, Inc.*

/s/ *Leslie Bryan Hart, Esq.*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
300 E. Second Street, Suite 1510
Reno, Nevada 89501
lhart@fclaw.com
*Attorneys for Intervenor*
*Federal Housing Finance Agency, as*
*Conservator of the Federal National*
*Mortgage Association*

Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
202-942-5000
michael.johnson@apks.com
*Attorneys for Defendant*
*Federal Housing Finance Agency, as*
*Conservator of the Federal National*
*Mortgage Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of February, 2018.

1934 Malambro

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____28th_____ day of February, 2018, I served via the CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE RELATED TO MOTION FOR SUMMARY JUDGMENT [ECF #118] (Second Request)** to the following parties:

Darren T Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

Christine M. Parvan
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
christine.parvan@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

Ariel E. Stern
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

1934 Malambro

| | |
|---|---|
| 1 | Fredrick J. Biedermann |
| | Gerrard Cox & Larsen |
| 2 | 2450 St. Rose Pkwy #200 |
| | Henderson, NV 89074 |
| 3 | 702- 796-4000 |
| | 702-796-4848 (fax) |
| 4 | *Attorney for Defendants* |
| | **2014-1 IH Property Holdco, LP; 2014-1 IH** |
| 5 | **Equity Owner, LP; 2014-IH Borrower, LP;** |
| | **Christina Trust; THR Nevada II, LP; THR** |
| 6 | **Property Borrower, LP; THR Property** |
| | **Guarantor, LP; THR Property Holdco, LP** |
| 7 | |
| | Douglas D. Gerrard |
| 8 | Gerrard, Cox & Larsen |
| | 2450 St. Rose Parkway |
| 9 | Suite 200 |
| | Henderson, NV 89074 |
| 10 | 702-796-4000 |
| | 702-796-4848 (fax) |
| 11 | dgerrard@gerrard-cox.com |
| | *Attorney for Defendants* |
| 12 | **2014-1 IH Property Holdco, LP; 2014-1 IH** |
| | **Equity Owner, LP; 2014-IH Borrower, LP;** |
| 13 | **Christina Trust; THR Nevada II, LP; THR** |
| | **Property Borrower, LP; THR Property** |
| 14 | **Guarantor, LP; THR Property Holdco, LP** |
| 15 | Leslie Bryan Hart |
| | Fennemore Craig Jones Vargas |
| 16 | 300 E. Second St. |
| | Suite 1510 |
| 17 | Reno, NV 89501- |
| | 775-788-2228 |
| 18 | 775-788-2229 (fax) |
| | lhart@fclaw.com |
| 19 | *Attorneys for Defendants* |
| | **Federal Housing Finance Agency, as** |
| 20 | **Conservator of the Federal National** |
| | **Mortgage Association** |
| 21 | |
| | Howard Cayne |
| 22 | Arnold & Porter LLP |
| | 601 Massachusetts Avenue, NW |
| 23 | Washington, DC 20001-3743 |
| | 202-942-5000 |
| 24 | Howard.Cayne@aporter.com |
| | *Attorneys for Defendants* |
| 25 | **Federal Housing Finance Agency, as** |
| | **Conservator of the Federal National** |
| 26 | **Mortgage Association** |
| 27 | |
| 28 | |

Michael A.F. Johnson
Arnold & Porter LLP
555 12th St NW
Washington, DC 20004
202-942-5783
michael.johnson@aporter.com
*Attorneys for Defendants*
**Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association**

Asim Varma
Arnold & Porter
555 Twelfth St, NW
Washington, DC 20004-1206
202-942-5000
Asim_Varma@aporter.com
*Attorneys for Defendants*
**Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association**

Elizabeth B Lowell
Pengilly Robbins
1995 Village Center Cir., Ste. 190
Las Vegas, NV 89134-0562
702-889-6665
702-889-6664 (fax)
elowell@pengillylawfirm.com
*Attorney for Defendant*
**Hidden Canyon Owners Association**

William Shane Habdas
Akerman LLP
1160 N. Town Center Dr., Ste. 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Defendant*
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC.**

      /s/ *Timothy E. Rhoda*
      An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1934 Malambro