DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for defendant Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>2014-1 IH BORROWER, LP, a Delaware limited partnership; REPUBLIC MORTGAGE, LLC, a Nevada limited liability company; RECONTRUST COMPANY, NA, a Texas corporation; MAGDALENA MANCHESTER, an individual; MAGDALENA M. MANCHESTER REVOCABLE TRUST, a trust; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered corporation; THR NEVADA II, LP, a Delaware limited partnership; THR PROPERTY BORROWER, LP, a Delaware limited partnership; 2014-1 IH EQUITY OWNER, LP, a Delaware limited partnership; CHRISTINA TRUST, a division of Wilmington Savings Fund Society, FSB, a federal savings bank; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants.<br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>Intervenor.<br><br>AND ALL RELATED CLAIMS | Case No.:   2:15-cv-00396-RFB-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF HIDDEN CANYON OWNERS ASSOCIATION** |

Defendant/crossclaimant Federal National Mortgage Association (**Fannie Mae**) and cross-defendant Hidden Canyon Owners Association (the **HOA**), by and through their respective counsel, hereby stipulate and agree to the dismissal without prejudice of Fannie Mae's crossclaims against the HOA pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

DATED this 1st day of May, 2020.

**AKERMAN LLP**

*/s/ Nicholas E. Belay, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Federal National Mortgage Association*

DATED this 1st day of May, 2020.

**LEACH, KERN, GRUCHOW, ANDERSON & SONG**

*/s/ Ryan D. Hastings, Esq.*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for Hidden Canyon Owners Association*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572